IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

EUGENE GADSON,
        Plaintiff,

v.                                     Civil Case No. 3:16-cv-882

UNITED STATES OF AMERICA,
        Defendant.

## FINAL ORDER

This matter comes before the Court following a bench trial held on September 18 and 20, 2017. For the reasons stated in the accompanying Opinion, the Court DISMISSES the case WITH PREJUDICE.

It is so ORDERED.

Let the Clerk send a copy of this Final Order to all counsel of record.

Date: December 12, 2017
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge